# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 24, 2010

No. 10-40779
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RANDLE GARZA,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:10-CR-36-37

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Randle Garza is charged with conspiring to distribute or possessing with intent to distribute cocaine, marijuana, methamphetamine, and ecstacy, in violation of 21 U.S.C. §§ 841 and 846.  He appeals from an order of detention issued by the district court.  The evidence as a whole supports the district court's conclusion that no conditions of release exist that would reasonably assure the safety of the community were Garza to be released pending trial.  *See* 18 U.S.C. § 3142; *United States v. Hare*, 873 F.2d 796, 798-99 (5th Cir. 1989). AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.